**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 08-7202**

—————————

STEVEN AUBREY BURNETTE,

               Petitioner – Appellant,

     v.

UNITED STATES OF AMERICA; ERIC H. HOLDER, JR.,

               Respondents – Appellees.

—————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (7:08-cv-00366-jct-mfu)

—————————

Submitted: February 2, 2009     Decided: February 23, 2009

—————————

Before NIEMEYER, MICHAEL, and DUNCAN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Steven Aubrey Burnette, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Aubrey Burnette, a federal prisoner, seeks to appeal the district court's order dismissing his self-styled "Writ of Habeas Corpus." We have reviewed the record and find no reversible error. Accordingly, we grant Burnette's application for leave to proceed in forma pauperis, deny as unnecessary his request for a certificate of appealability, and affirm the district court's order. See Burnette v. United States, No. 7:08-cv-00366-jct-mfu (W.D. Va. June 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2